

**Therese Craparo**
Direct Phone: +1 212 549 0421
Email: tcraparo@reedsmith.com

**Anthony J. Diana**
Direct Phone: +1 212 549 0332
Email: adiana@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

October 18, 2021

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *National Day Laborer Organizing Network et. Al. v. ICE et al.*, No. 16 Civ. 387 (PAE)

Dear Judge Engelmayer:

    We represent Plaintiffs National Day Laborer Organizing Network in connection with the above-referenced action. As the parties have previously informed the court, the only remaining issue in this case is attorneys' fees. On August 16, 2021, the Court ordered the parties to provide an update with respect to this issue by October 18, 2021. *See* Dkt. No. 210. We write on behalf of all parties requesting an additional 60 days for the parties to continue their negotiations with respect to attorneys' fees.

    As noted in the parties' August 16, 2021 letter, the parties have exchanged information and continue to confer regarding the attorneys' fees in this case in the hope of resolving the outstanding issue of attorneys' fees in this case without motion practice. *See* Dkt. No. 209. On August 4, 2021, the parties had a video meeting to discuss Plaintiffs' demand and Defendants' response. Plaintiffs are currently evaluating and preparing a response to the legal and factual questions Defendants raised in the August 4, 2021 meeting.

    The parties respectfully request additional time to continue negotiations, and to jointly update the Court as to the status of any remaining issues in this case on or before December 17, 2021.

    We thank the Court for its consideration.

Respectfully submitted,

 */s/* Therese Craparo
Therese Craparo (TC-4003)
Anthony Diana (AD-9914)
Counsel for Plaintiff

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-163114085.1-CRGARTLA 10/18/2021 12:56 PM

Hon. Paul A. Engelmayer
October 18, 2021
Page 2



        National Day Laborer Organizing Network

        Peter Markowitz
        Lindsay Nash
        Immigration Justice Clinic
        Benjamin N. Cardozo School of Law
        55 Fifth Avenue, Room 1156
        New York, NY 10003
        peter.markowitz@yu.edu
        alisa.whitfield@yu.edu
        lindsay.nash@yu.edu

        Chris Newman
        Caleb Soto
        National Day Laborer Organizing Network
        1030 S. Arroyo Parkway
        Pasadena, CA  91105
        csoto@ndlon.org
        newman@ndlon.org

        Angela Chan
        Asian Americans Advancing Justice –
        Asian Law Caucus
        55 Columbus Avenue
        San Francisco, CA 94111
        angelac@advancincjustice-alc.org

        Attorneys for Plaintiffs

cc: All counsel of record (via ECF)

        Granted. SO ORDERED.

October 19, 2021

        *Paul A. Engelmayer*
        _____
        PAUL A. ENGELMAYER
        United States District Judge