AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

National Day Laborer Organizing Network
　　　　　　　　　　　　Plaintiff (s),

V.

U.S. Immigration and Customs Enforcement
　　　　　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cv-387

Notice is hereby given that, subject to approval by the court, __Asian Americans Advancing Justice__ substitutes
(Party (s) Name)

__Glenn Katon__, State Bar No. __281841__ as counsel of record in
(Name of New Attorney)

place of __Angela Chan__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　Asian Americans Advancing Justice - Asian Law Caucus
　　Address:　　　55 Columbus Avenue, San Francisco, CA 94111
　　Telephone:　　(415) 896-1701　　Facsimile　(415) 896-1702
　　E-Mail (Optional):　glennk@advancingjustice-alc.org

I consent to the above substitution.
Date: 5/10/2022

Glenn Katon  _Digitally signed by Glenn Katon Date: 2022.05.10 10:12:03 -04'00'_
(Signature of Party (s))

I consent to being substituted.
Date: 5/10/2022

/s/ Angela Chan (by permission)
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/10/2022

Glenn Katon  _Digitally signed by Glenn Katon Date: 2022.05.10 10:12:58 -04'00'_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/12/22

Paul A. Engelmayer
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |